Rodolfo A. Camacho
PO Box 13897
Salem, OR 973009
Email: rudy@camacholaw.com
Telephone: 503-244-4810
Facsimile: 503-244-4721

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re: )
)
HO SONU )
MI JEONG SONU ) Case No. 14-32789-tmb7
)
) AMENDED
) TRUSTEE'S REPORT OF
Debtors. ) SALE PURSUANT TO BR 6004

    RODOLFO CAMACHO, Trustee, hereby reports the sale by the Estate of the following described property per Notice dated February 13, 2015 (Docket #24):

| | |
|---|---|
| Property Sold: | Real Property located at: 15495 SW Woodwind Ct., Beaverton, OR |
| Name of Purchaser: | Damien and Valerie Munoz |
| Net Proceeds From Sale: | $305,000.00 - $202,549.18=$104,042.83 |
| Net Proceeds to Estate : | $104,042.83 less (homestead exemption claimed) $38,587.00=$65,455.83 |
| Date Funds Received: | March 10, 2015 |

DATED: June 30, 2015

                                            /s/ Rodolfo A. Camacho
                                            Rodolfo A. Camacho, Chapter 7 Trustee

## TICOR TITLE COMPANY OF OREGON
222 High Street SE, Salem, OR 97301
Phone: (503)585-1881    Fax: (503)370-7915

## FINAL SELLER'S SETTLEMENT STATEMENT

| | |
|---|---|
| **Date:** June 25, 2015 | **Time:** 11:05 AM |
| **Settlement Date:** March 9, 2015 | **Escrow No.:** 471814034174 |
| **Borrower:** Damian T. Munoz | **Escrow Officer:** Lori Neva |
| Valerie L. Munoz | |
| 13315 SW Violet Ct | |
| Beaverton, OR 97008 | |
| **Seller:** Rodolfo A. Camacho Ch. 7 Trust | |
| PO Box 13897 | |
| Salem, OR 97309 | |
| **Property:** 15495 Sw Woodwind Court | |
| Beaverton, OR 97007 | |

| | DEBIT | CREDIT |
|---|---:|---:|
| **Financial Consideration** | | |
| Total Consideration | | 305,000.00 |
| SLR CR for BLR Closing Costs | 8,974.79 | |
| Seller CR Buyer for Owners Pol | 960.00 | |
| **Prorations/Adjustments** | | |
| County Taxes at $5,097.22 | | 1,592.01 |
| 03/09/15   to   07/01/15 | | |
| **Commissions** | | |
| Listing Broker's Commission to Real Pro | | |
| NWCom 305,000.00 @ 3.30% = 10,065.00 | | |
| Selling Broker's Commission to Keller Williams | 18,300.00 | |
| Realty Professionals 305,000.00 @ 2.70% = | | |
| 8,235.00 | | |
| **Escrow Charges** | | |
| Settlement Fee | 478.75 | |
| Ticor Title Company of Oregon | | |
| Short Sale | 200.00 | |
| Ticor Title Company of Oregon | | |
| **Title Charges** | | |
| Government Service Fee | 25.00 | |
| Ticor Title Company | | |
| Recon/Release Service Fee | 110.00 | |
| Ticor Title Company of Oregon | | |
| **Recording Charges** | | |
| City/County Tax/Stamps | 152.50 | |
| Ticor Title Company | | |
| **Payoffs** | | |
| Wells Fargo | | |
| Total Payoff | | 173,348.14 |
| Principal Balance        162,691.02 | | |
| Per Diem @ 14.490000 | | |
| Interest to 03/13/15       6,342.51 | | |
| Overdraft Impound Account   4,067.54 | | |
| Unpaid Late Fee             206.07 | | |
| Recording Fee                41.00 | | |
| | | |
| **Subtotals** | 202,549.18 | 306,592.01 |
| **Balance Due TO Seller** | 104,042.83 | |
| **TOTALS** | 306,592.01 | 306,592.01 |

Initials _____ _____
(471814034174.PFD/471814034174/134)  June 25, 2015 11:05 AM

Case 14-32789-tmb7    Doc 31    Filed 06/30/15

|  | DEBIT | CREDIT |
|---|---|---|

Seller

    Rodolfo A. Camacho Ch. 7 Trustee for Ho & Mi Sonu

    BY:_____
    Rodolfo A. Camacho, Trustee

_____

Ticor Title Insurance Company
Settlement Agent