UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

In re: SONU, HO § Case No. 14-32789
SONU, MI JEONG §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 13, 2014. The undersigned trustee was appointed on May 14, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 308,544.35

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 171,712.68 |
| Administrative expenses | 29,244.26 |
| Bank service fees | 821.50 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 38,587.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 68,178.91 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/22/2014 and the deadline for filing governmental claims was 11/09/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,747.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $16,747.87, for a total compensation of $16,747.87.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $32.93, for total expenses of $32.93.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2015     By: /s/RODOLFO CAMACHO
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-32789  
**Case Name:** SONU, HO  
    SONU, MI JEONG  
**Period Ending:** 09/22/15  

**Trustee:** (570170) RODOLFO CAMACHO  
**Filed (f) or Converted (c):** 05/13/14 (f)  
**§341(a) Meeting Date:** 06/18/14  
**Claims Bar Date:** 09/22/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Location: 15495 SW Woodwind CT, Beaverton OR 970     Jorge to value | 325,000.00 | 85,499.28 | | 305,000.00 | FA |
| 2  Cash on Hand, Estimated on day of filing: Zero. | 0.00 | 0.00 | | 0.00 | FA |
| 3  US bank, joint checking with wife, Estimated on | 1,226.00 | 174.00 | | 0.00 | FA |
| 4  US Bank, jnt with Husband and Mom, Mom's SSI goe | 0.00 | 0.00 | | 0.00 | FA |
| 5  Misc. Household Goods. Debtor estimates value at | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  Misc. Books and Pictures and a piano, $300 garag | 300.00 | 0.00 | | 0.00 | FA |
| 7  Misc. Clothes. Debtor estimates value at de mini | 0.00 | 0.00 | | 0.00 | FA |
| 8  Wedding rings, Jewelry, Debtor estimates value a | 200.00 | 0.00 | | 0.00 | FA |
| 9  Term life insurance. Beneficiary is not policy h | 0.00 | 0.00 | | 0.00 | FA |
| 10  Sonu Corporation; in dissolution, holds three ot | Unknown | 0.00 | OA | 0.00 | FA |
| 11  2000 Toyota Sienna, 182k miles, KBB | 2,100.00 | 400.00 | | 0.00 | FA |
| 12  2001 Toyota Camery, 122k miles, KBB trade in val | 3,075.00 | 625.00 | | 0.00 | FA |
| 13  Unemployment, both. | 0.00 | 0.00 | | 0.00 | FA |
| 14  2013 Tax Refunds (u)     $6,063.00 federal     $2,524.00 state | 8,587.00 | 0.00 | | 0.00 | FA |
| 15  Prorated 2014 Federal Refund (u) | 0.00 | 2,553.96 | | 2,553.96 | FA |
| 16  Prorated 2014 State Refund (u) | 0.00 | 990.39 | | 990.39 | FA |
| 16  Assets  Totals (Excluding unknown values) | **$341,988.00** | **$90,242.63** | | **$308,544.35** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/24/14  Filed Notice to Abandon Corp. Stock  
7/9/14-Sent ltr to atty for 2013 & 2014 Corp. Tax returns. ((la)  
7/9/14-Atty sent 2013, Corp & Personal Taxes. Gave to Kirk for review. (la)  
0804/14-Sent Demand Ltr. for non-exempt assets (la)  
10/6/14-Sent demand letter  
12/9/14-Sent demand letter. MFT  
01/07/15-Sent Jorge email re status of RP - still active no offers yet  
01/12/15-Sent 2014 tax reminder ltr  

Printed: 09/22/2015 09:18 AM    V.13.25

Case 14-32789-tmb7    Doc 32    Filed 12/01/15

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-32789  
**Case Name:** SONU, HO  
SONU, MI JEONG  
**Period Ending:** 09/22/15

**Trustee:** (570170) RODOLFO CAMACHO  
**Filed (f) or Converted (c):** 05/13/14 (f)  
**§341(a) Meeting Date:** 06/18/14  
**Claims Bar Date:** 09/22/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 01/21/15-Filed MFT<br>02/19/15-Sent revoke ltr<br>3/10/15-Rec'd $104,042.83 from Ticor Title for sale of RP located at 15495 SW Woodwind Court Beaverton, OR<br>03/11/15-Sent revoke ltr & Sent Tax Reminder<br>03/30/15-Sent reminder 2014 tax ltr<br>04/06/15-Rec'd $43.45 from Wells Fargo Home Mortgage for refund of overpaid funds.<br>05/04/15-Sent 2014 tax returns/refunds demand<br>05/12/15 Rcv'd 2014 Federal Return<br>06/02/15-Sent revised demand ltr for 2014 federal refunds and state returns/refunds<br>09/22/15 TFR to UST | | | | | |

**Initial Projected Date Of Final Report (TFR):** June 18, 2016  **Current Projected Date Of Final Report (TFR):** June 18, 2016

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-32789 | Trustee: | RODOLFO CAMACHO (570170) |
|---|---|---|---|
| Case Name: | SONU, HO | Bank Name: | Rabobank, N.A. |
| | SONU, MI JEONG | Account: | ******9866 - Checking Account |
| Taxpayer ID #: | **-***5468 | Blanket Bond: | $90,360,079.00 (per case limit) |
| Period Ending: | 09/22/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/15 | | Ticor Title Company | Sale Price of RP | | 104,042.83 | | 104,042.83 |
| | {1} | | Sale Price of Real Property 305,000.00 | 1110-000 | | | 104,042.83 |
| | | | BLR CR for Real Estate Agent Commissions -9,934.79 | 3510-000 | | | 104,042.83 |
| | | | Real Estate Commissions -18,300.00 | 3510-000 | | | 104,042.83 |
| | | | Closing Costs - Escrow Charges, Title Charges, Recording Charges -966.25 | 2500-000 | | | 104,042.83 |
| | | | Credit of Prorated RP tax 1,592.01 | 4700-000 | | | 104,042.83 |
| | | | Pay off to Wells Fargo -173,348.14 | 4110-000 | | | 104,042.83 |
| 03/19/15 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/19/2015 FOR CASE #14-32789 | 2300-000 | | 43.22 | 103,999.61 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.76 | 103,899.85 |
| 04/06/15 | | Wells Fargo Home Morgage | Return of Overpaid Funds to Wells Fargo | | | -43.45 | 103,943.30 |
| | | | Return of Overpaid Funds -43.44 | 4110-000 | | | 103,943.30 |
| | | | Return of Overpaid Funds -0.01 | 4110-000 | | | 103,943.30 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.49 | 103,793.81 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.31 | 103,649.50 |
| 06/18/15 | 102 | Ho Sonu & Mi Jeong Sonu | Return of Exempted Funds from Sale of RP - after offset of remaining assets | | | 35,042.65 | 68,606.85 |
| | | | Gross Exemptions 38,587.00 | 8100-002 | | | 68,606.85 |
| | {16} | | Offset of 2014 State Tax Refunds -990.39 | 1224-000 | | | 68,606.85 |
| | {15} | | Offset of 2014 Federal Tax Refunds -2,553.96 | 1224-000 | | | 68,606.85 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.02 | 68,447.83 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.81 | 68,294.02 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.11 | 68,178.91 |
| | | | **ACCOUNT TOTALS** | | 104,042.83 | 35,863.92 | **$68,178.91** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 104,042.83 | 35,863.92 | |
| | | | Less: Payments to Debtors | | | 38,587.00 | |
| | | | **NET Receipts / Disbursements** | | **$104,042.83** | **$-2,723.08** | |

{} Asset reference(s)

Printed: 09/22/2015 09:18 AM    V.13.25

Case 14-32789-tmb7    Doc 32    Filed 12/01/15

# Form 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 14-32789 | **Trustee:** | RODOLFO CAMACHO (570170) | |
| **Case Name:** | SONU, HO | **Bank Name:** | Rabobank, N.A. | |
| | SONU, MI JEONG | **Account:** | ******9866 - Checking Account | |
| **Taxpayer ID #:** | **-***5468 | **Blanket Bond:** | $90,360,079.00 (per case limit) | |
| **Period Ending:** | 09/22/15 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9866** | 104,042.83 | -2,723.08 | 68,178.91 |
| | $104,042.83 | $35,863.92 | $68,178.91 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 22, 2014

**Case Number:** 14-32789  
**Debtor Name:** SONU, HO

Page: 1

**Date:** September 22, 2015  
**Time:** 09:19:15 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | RODOLFO CAMACHO<br>PO Box 13897<br>Salem, OR 97309 | Admin Ch. 7 | | $32.93 | $0.00 | 32.93 |
| 200 | RODOLFO CAMACHO<br>PO Box 13897<br>Salem, OR 97309 | Admin Ch. 7 | | $16,747.87 | $0.00 | 16,747.87 |
| 1<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $820.76 | $0.00 | 820.76 |
| 2<br>610 | Nyberg CenterCal II, LLC<br>c/o Christine A Kosydar<br>Stoel Rives LLP,900 SW 5th Ave #2600<br>Portland, OR 97204 | Unsecured | | $11,432.97 | $0.00 | 11,432.97 |
| 3<br>610 | Wilshire Bank<br>3200 Wilshire Blvd<br>Los Angeles, CA 90010 | Unsecured | | $85,787.37 | $0.00 | 85,787.37 |
| 4<br>610 | Kang Turner<br>6818 N Nashton St.<br>Portland, OR 97203 | Unsecured | | $86,139.60 | $0.00 | 86,139.60 |
| 5<br>610 | ROIC Oregon, LLC<br>c/o Christopher L. Parnell,Dunn Carney<br>Allen Higgins & Tongue LLP,851 SW Fifth<br>Portland, OR 97204 | Unsecured | | $42,828.10 | $0.00 | 42,828.10 |
| 6<br>610 | DEQ Headquarters<br>811 SW Sixth Avenue<br>Portland, OR 97204-1390 | Unsecured | | $2,196.15 | $0.00 | 2,196.15 |
| **<< Totals >>** | | | | 245,985.75 | 0.00 | 245,985.75 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-32789
Case Name: SONU, HO
Trustee Name: RODOLFO CAMACHO

**Balance on hand:** $ 68,178.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 68,178.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RODOLFO CAMACHO | 16,747.87 | 0.00 | 16,747.87 |
| Trustee, Expenses - RODOLFO CAMACHO | 32.93 | 0.00 | 32.93 |

Total to be paid for chapter 7 administration expenses: $ 16,780.80
Remaining balance: $ 51,398.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 51,398.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 51,398.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 229,204.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American Express Bank, FSB | 820.76 | 0.00 | 184.06 |
| 2 | Nyberg CenterCal II, LLC | 11,432.97 | 0.00 | 2,563.79 |
| 3 | Wilshire Bank | 85,787.37 | 0.00 | 19,237.40 |
| 4 | Kang Turner | 86,139.60 | 0.00 | 19,316.39 |
| 5 | ROIC Oregon, LLC | 42,828.10 | 0.00 | 9,603.99 |
| 6 | DEQ Headquarters | 2,196.15 | 0.00 | 492.48 |

Total to be paid for timely general unsecured claims: $ 51,398.11
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**