**DISTRICT OF OREGON**
**F I L E D**
**January 04, 2016**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | ) | |
|---|---|---|
| | ) | Case No._____ |
| | ) | |
| | ) | ORDER ALLOWING PROFESSIONAL |
| | ) | COMPENSATION & EXPENSES; AND |
| Debtor(s) | ) | DIRECTING DISTRIBUTION OF ASSETS |

     The trustee's final report having either come on for hearing, or the creditors having waived their opportunity for a hearing after due notice, or the NET proceeds realized were insufficient to require a final notice; now therefore,

     IT IS ORDERED that the following court costs, and professional compensation and expenses, are specifically allowed by the court [**NOTE:  INCLUDE OSB# FOR ANY ATTORNEY LISTED BELOW!**]:

COURT COSTS:                                                                            $_____

     IT IS FURTHER ORDERED that the trustee pay the claims allowed against the estate, pursuant to 11 U.S.C. §726, from the balance of estate assets.

740.3 (4/1/09)                                        ###